**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: S.O. | : No. 107 WAL 2024 |
| | : |
| | : |
| PETITION OF: S.O. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2024, the Petition for Allowance of Appeal is **DENIED**.